IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DARRYL PULVER**                                                                                                   **PLAINTIFF**

**CASE NO.: 4:13CV00568 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                    **DEFENDANT**

**ORDER**

The recommended disposition filed by United States Magistrate Judge Beth Deere have been reviewed, and no objections have been filed. After careful review of the recommendation, as well as a *de novo* review of the record, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in all respects. Accordingly, the Commissioner's decision denying Mr. Pulver's application is reversed and the case is remanded.

IT IS SO ORDERED this 4th day of August 2014.

UNITED STATES DISTRICT JUDGE