UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DARRYL PULVER                                                    PLAINTIFF

v.                      NO. 4:13CV00568-BSM-BD

CAROYLN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                     DEFENDANT

ORDER GRANTING ATTORNEY'S FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

       On September 2, 2014, counsel for the Plaintiff filed a motion seeking attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of $4,298.24. *See Document 18*. The Defendant filed a response claiming to have no objection to the awarding of attorney's fees of $4,298.24. *See Document 19*. The Court has reviewed the motion filed by the Plaintiff's attorney and finds nothing unreasonable about the hourly rate requested by Mr. Darryl Pulver's attorney, Vincent P. France, and the hours of work he performed. The motion is granted. EAJA fees in the amount of $4,298.24 are awarded to Darryl Pulver. Because the award belongs to Mr. Pulver and not his attorney, the Department of Treasury shall issue payment of this award by check made payable to Darryl Pulver, in the care of Vincent P. France, and shall mail the check to Mr. France at P.O. Box 17250, Little Rock, Arkansas 72222.

       IT IS SO ORDERED this 7th day of October, 2014.

                                                           _/s/ Brian S. Miller_
                                                           United States Magistrate Judge

Prepared by:

_/s/ Vincent P. France_
Vincent P. France
Attorney for Plaintiff